BURKHALTER KESSLER GOODMAN & GEORGE LLP
Daniel J. Kessler, Esq., Bar No. 173710
E-Mail: dkessler@bkgglaw.com
Zachary R. Smith, Esq., Bar No. 220410
E-Mail: zsmith@bkgglaw.com
2020 Main Street, Suite 600
Irvine, California 92614
Telephone: (949) 975-7500
Facsimile: (949) 975-7501

Attorneys for Plaintiffs United Pacific Energy Operations and Consulting, Inc. and Paul Giller

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., a California corporation; and PAUL GILLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GAS AND OIL TECHNOLOGIES, INC., a Delaware corporation, individually and doing business as UNITED PACIFIC ENERGY CORPORATION; WESTERN STATES INTERNATIONAL, INC., a California corporation, individually and doing business as UNITED PACIFIC ENERGY CORPORATION; INGRID ALIET-GASS, an individual; DAVID SMUSHKEVICH, an individual; MICHAEL SMUSHKEVICH, an individual; TEARLACH RESOURCES LTD., a Canadian corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. CV 07-4436 CJC (RNBx)<br><br>Judge: Honorable Cormac J. Carney<br>Department 9B<br><br>**JUDGMENT** |

Pursuant to the Stipulation for Entry of Judgment entered into by and between Plaintiffs PAUL GILLER and UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., on the one hand, and Defendants GAS AND OIL TECHNOLOGIES, INC., WESTERN STATES INTERNATIONAL, INC., and UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., on the other hand, on or about March 22, 2008, this Court enters Judgment as follows:

1.   $2,465,000, in favor of Plaintiff UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC. and against GAS AND OIL TECHNOLOGIES, INC., WESTERN STATES INTERNATIONAL, INC., and UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., jointly and severally, on the first, second, third, fourth, sixth, seventh, eighth, ninth, twelfth, and sixteenth causes of action alleged in the First Amended Complaint by Plaintiffs UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC. and PAUL GILLER; and

2.   $135,000, in favor of Plaintiff PAUL GILLER, and against GAS AND OIL TECHNOLOGIES, INC., WESTERN STATES INTERNATIONAL, INC., and UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., jointly and severally, on the eighteenth and nineteenth causes of action alleged in the First Amended Complaint by Plaintiffs UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC. and PAUL GILLER.

Dated: April 7, 2008

_____
JUDGE OF THE UNITED STATES

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2020 Main Street, Suite 600, Irvine, California 92614.

On **April 3, 2008**, I caused the foregoing document described as **[PROPOSED] JUDGMENT** to be served on the interested parties in this action **[X]** by placing **[ ]** the original **[X]** a true copy thereof enclosed in a sealed envelope addressed as stated on the attached Service List:

**[X]    BY MAIL**

**[ ]** I deposited such envelope in the mail at **Irvine, California**. The envelope was mailed with postage thereon fully prepaid.

**[X]** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ]    BY FACSIMILE**

**[ ]** I sent via facsimile on this date a copy of the above-referenced document to the addressee stated on the attached Service List.

**[X] (Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 3, 2008**, at **Irvine, California**.

_____
SANDRA L. PETTIT

1  Richard D. Farkas, Esq.
2  Law Offices of Richard D. Farkas
   15300 Ventura Boulevard, Suite 504
3  Sherman Oaks, CA  91403
   Telephone:  (818) 789-6001
4  Facsimile:  (818) 789-6002
   ATTORNEY FOR DEFENDANT,
5  TEARLACH RESOURCES, LTD.

6
   Michael Smushkevich
7  7039 Jellico Avenue
   Lake Balboa, CA  91406
8  DEFENDANT

9
   David Smushkevich
10 5116 Bascule Avenue
   Woodland Hills, CA  91364
11 DEFENDANT

12
   David Smushkevich
13 19528 Ventura Boulevard, #133
   Tarzana, CA  91356
14 DEFENDANT

15
   Ingrid Aliet-Gass
16 168 Higman Pl.
   Monrovia, CA  91016
17 DEFENDANT

18
   GAS AND OIL TECHNOLOGIES, INC.
19 dba UNITED PACIFIC ENERGY CORPORATION
   168 Higman Pl.
20 Monrovia, CA  91016
   DEFENDANT
21
   WESTERN STATES INTERNATIONAL, INC.
22 dba UNITED PACIFIC ENERGY CORPORATION
   168 Higman Pl.
23 Monrovia, CA  91016
   DEFENDANT
24

25

26

27

28