BURKHALTER KESSLER GOODMAN & GEORGE LLP
Daniel J. Kessler, Esq., Bar No. 173710
E-Mail: dkessler@bkgglaw.com
Michael Oberbeck, Esq., Bar No. 186718
E-Mail: moberbeck@bkgglaw.com
2020 Main Street, Suite 600
Irvine, California 92614
Telephone: (949) 975-7500
Facsimile: (949) 975-7501

Attorneys for Plaintiffs United Pacific Energy Operations and Consulting, Inc. and Paul Giller

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., a California corporation; and PAUL GILLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GAS AND OIL TECHNOLOGIES, INC., a Delaware corporation, individually and doing business as UNITED PACIFIC ENERGY CORPORATION; WESTERN STATES INTERNATIONAL, INC., a California corporation, individually and doing business as UNITED PACIFIC ENERGY CORPORATION; INGRID ALIET-GASS, an individual; DAVID SMUSHKEVICH, an individual; MICHAEL SMUSHKEVICH, an individual; TEARLACH RESOURCES LTD., a Canadian corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. CV 07-4436 CJC (RNBx)<br><br>Judge: Honorable Cormac J. Carney<br>Department 9B<br><br>**AMENDED JUDGMENT** |

Pursuant to the Stipulation for Entry of Judgment entered into by and between Plaintiffs PAUL GILLER and UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., on the one hand, and Defendants GAS AND OIL TECHNOLOGIES, INC., WESTERN STATES INTERNATIONAL, INC., and UNITED PACIFIC ENERGY CORPORATION on the other hand, on or about March 22, 2008, this Court enters Judgment as follows:

1.  The Judgment previously entered by this Court on or about April 7, 2008 in favor of Plaintiffs PAUL GILLER and UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., and against Defendants GAS AND OIL TECHNOLOGIES, INC., WESTERN STATES INTERNATIONAL, INC., and UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., is hereby vacated;

2.  $2,465,000, in favor of Plaintiff UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC. and against GAS AND OIL TECHNOLOGIES, INC., WESTERN STATES INTERNATIONAL, INC., and UNITED PACIFIC ENERGY CORPORATION, jointly and severally, on the first, second, third, fourth, sixth, seventh, eighth, ninth, twelfth, and sixteenth causes of action alleged in the First Amended Complaint by Plaintiffs UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC. and PAUL GILLER; and

//
//
//
//
//
//
//

//

3. $135,000, in favor of Plaintiff PAUL GILLER, and against GAS AND OIL TECHNOLOGIES, INC., WESTERN STATES INTERNATIONAL, INC., and UNITED PACIFIC ENERGY CORPORATION, jointly and severally, on the eighteenth and nineteenth causes of action alleged in the First Amended Complaint by Plaintiffs UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC. and PAUL GILLER.

Dated: April 30, 2008

UNITED STATES DISTRICT JUDGE